## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** <br><br> **POLARIS OPERATING, LLC,** <br><br> Debtor. <br><br> Tax I.D. No. 32-0539852 | § § § § § § § § § § | **Case No. 23-32810** <br><br> **Chapter 11** |
| **In re:** <br><br> **CCCB ENERGY PARTNERS, LLC,** <br><br> Debtor. <br><br> Tax I.D. No. 27-0545918 | § § § § § § § § § § | **Case No. 23-32812** <br><br> **Chapter 11** |
| **In re:** <br><br> **COTTONWOOD GAS GATHERING, LLC,** <br><br> Debtor. <br><br> Tax I.D. No. 82-5128983 | § § § § § § § § § § § | **Case No. 23-32809** <br><br> **Chapter 11** |
| **In re:** <br><br> **NAP I, LLC** <br><br> Debtor. <br><br> Tax I.D. No. 84-2986767 | § § § § § § § § § § | **Case No. 23-32811** <br><br> **Chapter 11** |

### NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 CASES

On July 28, 2023, Polaris Operating, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"), filed voluntary petitions for relief (the "Chapter 11 Cases") under chapter 11, title 11, of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). The undersigned proposed counsel believes that these Chapter 11 Cases qualify as complex cases because:

√  The Debtors have total debt of more than $10 million;

√  There are more than 50 parties in interest in these Chapter 11 Cases;

___ Claims against the Debtors are publicly traded;

___ Other (Substantial explanation is required.)

Accordingly, the Debtors respectfully submit that the Procedures for Complex Chapter 11 Cases in the Southern District of Texas should apply.

Respectfully submitted on the 28th day of July, 2023.

          **OKIN ADAMS BARTLETT CURRY LLP**

          By:  /s/ *Christopher Adams*
          Christopher Adams
          Texas Bar No. 24009857
          Email: cadams@okinadams.com
          John Thomas Oldham
          Texas Bar No. 24075429
          Email: joldham@okinadams.com
          1113 Vine St., Suite 240
          Houston, Texas 77002
          Tel: 713.228.4100
          Fax: 346.247.7158

          **PROPOSED ATTORNEYS FOR THE DEBTORS**